In the Interest of C.J.T., Appellant,

v.

**JUVENILE OFFICER, Respondent.**

**No. WD 76184.**

Missouri Court of Appeals,
Western District.

May 20, 2014.

Frederick Ernst, Kansas City, for appellant.

Lori A. Fluegel, Kansas City, MO, for respondent.

Before Division four: JAMES E. WELSH, Chief Judge, Presiding, VICTOR C. HOWARD and LISA WHITE HARDWICK, Judges.

ORDER

PER CURIAM.

C.J.T., a juvenile, appeals the judgment of the Circuit Court of Jackson County, finding that he committed acts constituting third-degree assault and second-degree property damage. C.J.T. challenges the sufficiency of the evidence as to both offenses and asserts that he did not have adequate notice that his alleged conduct constituted third-degree assault. For reasons explained in a Memorandum provided

to the parties, we find no error and affirm the judgment.

AFFIRMED. Rule 84.16(b).